AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

_____ DISTRICT OF __MASSACHUSETTS__ _____

UNITED STATES OF AMERICA

V.

FRANK MERLINO

**CRIMINAL COMPLAINT**

CASE NUMBER: 05-1700-CBS

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __May 24, 2004__ in __Suffolk__ county, in the _____ District of __Massachusetts__ defendant(s) did, (Track Statutory Language of Offense)

knowingly escape from an institution and facility in which he was confined by direction of the Attorney General pursuant to a judgment of convction entered in the United States District Court for the District of New Hampshire, to wit: he absconded from a home confinement placement while in Pre-release status at the Coolidge House Community Corrections Center, Boston, Massachusetts

in violation of Title __18__ United States Code, Section(s) __751(a)__

I further state that I am a(n) __Deputy United States Marshal__ and that this complaint is based on the following
_____Official Title_____

facts:

See attached affidavit

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

_____Donald T. Freeman_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

07-21-2005                                                         at   Boston, Massachusetts
Date

CHARLES B. SWARTWOOD, III
CHIEF UNITED STATES MAGISTRATE JUDGE
Name & Title of Judicial Officer                                        Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.